## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bah, Mamadou  
      Debtor(s)

CHAPTER 13

BKY. NO. 17-11515 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2684

    Respectfully submitted,

    **/s/Brian C. Nicholas, Esquire**  
    Brian C. Nicholas, Esquire  
    Thomas Puleo, Esquire  
    KML Law Group, P.C.  
    701 Market Street, Suite 5000  
    Philadelphia, PA 19106-1532  
    (215) 825-6306  FAX (215) 825-6406