UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Mamadouh Bah,            :      Chapter 13
                                  :
            Debtor(s)             :      Case No. 17-11515-elf

## NOTICE OF FILING OF APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES

The attorney for the Debtor, Henry A. Jefferson, has filed an Application with the Court for approval of attorney fees in the amount of **$3,500.00**, and expenses in the amount of **$14.72**, for representation of the Debtor in all matters related to the filing of the Chapter 13 bankruptcy petition.

1. If you object to the request for approval of compensation and expenses, then within 21 days of the date of this notice (on or before **5/5/2017**) you or your attorney must do **all** of the following:

   (a) file an Objection explaining your position at:

   **U.S. Bankruptcy Court, E.D. PA**
   **900 Market Street, Suite 400**
   **Philadelphia, PA 19107-4299**

   If you mail your Objection to the bankruptcy clerk's office for filing, you or your attorney must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to Debtor(s) counsel:

   **Henry A. Jefferson, Esq.**
   **Jefferson Law, LLC**
   **BNY Mellon Center**
   **1735 Market Street, Suite 3750**
   **Philadelphia, PA 19103**
   **Tel.: (215) 399-0911**
   **Fax: (267) 399-3035**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, the Court may enter an order granting the relief requested in the Application.

Dated: April 14, 2017                    Signed: /s/Henry A. Jefferson, Esq.
                                                 Attorney for the Debtor(s)

                                                 Jefferson Law, LLC
                                                 BNY Mellon Center
                                                 1735 Market Street, Suite 3750
                                                 Philadelphia, PA  19103
                                                 P: 215.399.0911
                                                 F: 267.399.3035