UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Mamadou Bah,                              :  Chapter      13
         Debtor(s)                 :
                                                          :  Case No.     17-11515-elf

**CERTIFICATION OF SERVICE**

      I, Henry A. Jefferson, counsel for Debtor(s) herein, certify that I filed Debtor(s) **Second Amended Chapter 13 Plan** upon the United States Trustee, and the Standing Chapter 13 Trustee by electronic service and/or regular first class mail.

      A copy of Debtor(s) **Second Amended Chapter 13 Plan** has also been served, by first class mail, postage prepaid, or by electronic means, on the date below to the remaining secured and priority creditors:

PHFA
211 N. Front Street
Attn: Loan Servicing Department
Harrisburg, PA  17101-1406

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
1515 Arch Street, 15th Floor
Philadelphia, PA  19102

PGW
800 W. Montgomery Avenue
Philadelphia, PA  19122

U.S. Bank, N.A. Trustee For PHFA
c/o KML Law Group
Attn: Brian C. Nelson, Esq.
701 Market Street, Ste 5000
Philadelphia, PA  19106-1532

PGW
c/o City of Philadelphia Law Dept.
1515 Arch Street, 14th Floor
Philadelphia, PA  19102

Orion
c/o PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541


Date:   April 20, 2017                          Signed:   /s/ Henry A. Jefferson
                                                                                           Attorney for the Debtor(s)

                                                                                           Henry A. Jefferson, Esq.
                                                                                           Jefferson Law, LLC
                                                                                           BNY Mellon Center
                                                                                           1735 Market Street, Suite 3750
                                                                                           Philadelphia, PA  19103
                                                                                           Phone:  215-399-0911
                                                                                           Fax:    267-399-3035