United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11515-elf
Mamadou Bah                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 2            Date Rcvd: May 26, 2017
                              Form ID: pdf900        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
```
db           +Mamadou Bah,    6530 Chester Avenue,    Philadelphia, PA 19142-1904
cr           +Orion,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13877553     +Jefferson Law, LLC,    BNY Mellon Center,    1735 Market Street, Suite 3750,
               Philadelphia, PA 19103-7532
13877554     +KML Law Group PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13877556      Mercy Philadelphia Hospital,    P.O. Box 822967,    Philadelphia, PA 19182-2967
13908001     +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13902786     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13877558     +PennCredit Corporation,    PO Box 1259, Department 91047,    Oaks, PA 19456-1259
13877561     +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13900784     +U.S. Bank NA,   c/o Brian C. Nicholas, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
               Phila., PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov May 27 2017 01:13:01      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 27 2017 01:11:58
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 27 2017 01:12:52      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13877563      E-mail/Text: bankruptcy@phila.gov May 27 2017 01:13:01      Water Revenue Bureau,
               c/o City of Philadelphia Law Department,    1515 Arch Street, 15th Floor,
               Philadelphia, PA 19107
13877552     +E-mail/Text: equiles@philapark.org May 27 2017 01:13:38
               City of Philadelphia - Parking Violatons,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13877557      E-mail/Text: bankruptcygroup@peco-energy.com May 27 2017 01:11:48       PECO,
               2301 Market Street,    Philadelphia, PA 19103-1380
13877560     +E-mail/Text: bankruptcy@phila.gov May 27 2017 01:13:01       PGW,
               c/o City of Philadelphia Law Department,    1515 Arch Street, 14th Floor,
               Philadelphia, PA 19102-1504
13877559      E-mail/Text: blegal@phfa.org May 27 2017 01:12:36      Pennsylvania Housing Finance Agency,
               211 N. Front Street,    Attn: Loan Servicing Division,    Harrisburg, PA 17101-1406
13883908     +E-mail/Text: equiles@philapark.org May 27 2017 01:13:38       Philadelphia Parking Authority,
               701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*        +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13901583*    +Jefferson Law, LLC,    BNY Mellon Center,    1735 Market Street, Suite 3750,
               Philadelphia, PA 19103-7532
13877555*    +Mamadou Bah,    6530 Chester Avenue,    Philadelphia, PA 19142-1904
13877562*    +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Randi                 Page 2 of 2              Date Rcvd: May 26, 2017
                              Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          HENRY ALAN JEFFERSON    on behalf of Debtor Mamadou  Bah hjefferson@hjeffersonlawfirm.com,
           hjeffersonone@gmail.com
          PEARL  PHAM    on behalf of     Philadelphia Gas Works pearl.pham@pgworks.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | |
| | | Chapter 13 |
| **MAMADOU BAH,** | : | |
| | : | |
| Debtor(s) | | |
| | : | Bankruptcy No. **17-11515 ELF** |

**ORDER**

AND NOW, it is

1.*(**X**)  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*(  ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.*(  )  ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is , DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**Date: May 25, 2017**

Eric L. Frank
Chief United States Bankruptcy Judge

\*  Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm